UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE ROBINSON #427705,

      Plaintiff,                             Case No.  05-70751

v.                                           District Judge Gerald E. Rosen
                                               Magistrate Judge R. Steven Whalen

WAYNE COUNTY JAIL, et al.,

      Defendants.
_____/

**ORDER DENYING MOTION REQUESTING CONFORMITY**

Plaintiff has filed a self-styled "Motion by Leave Requesting Conformity to the Evidence" [Doc. #17]. On review, it appears that this motion is in effect a discovery motion requesting the production of documents. By separate order, the Court has denied Plaintiff's motion to compel discovery, and has stayed discovery pending resolution of Defendants' motion for summary judgment. Accordingly,

Plaintiff's Motion Requesting Conformity to the Evidence [Doc. #17] is DENIED.

SO ORDERED.

                                                 S/R.  Steven Whalen
                                               R. STEVEN WHALEN
                                               UNITED STATES MAGISTRATE JUDGE

Dated: July 7, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 7, 2006.

                                        S/G. Wilson
                                        Judicial Assistant