UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE ROBINSON #427705,

       Plaintiff,                            Case No.  05-70751

v.                                        District Judge Gerald E. Rosen
                                             Magistrate Judge R. Steven Whalen

WAYNE COUNTY JAIL, et al.,

       Defendants.
_____/

## ORDER DENYING MOTION FOR SANCTIONS

Before the Court is Plaintiff's motion for sanctions for failure to cooperate in discovery [Doc. #32]. The Court has, by separate order, denied Plaintiff's motion to compel discovery [Doc. #22], staying discovery pending disposition of Defendants' motion for summary judgment. Accordingly,

Plaintiff's motion for sanctions [Doc. #32] is DENIED.

                                                          S/R.  Steven Whalen
                                                          R.  STEVEN WHALEN
                                                          UNITED STATES MAGISTRATE JUDGE

Dated:  July 7, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 7, 2006.

                                        S/G.Wilson
                                        Judicial Assistant