UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


WILLIE ROBINSON #427705,

         Plaintiff,                    Case No.  05-70751

v.                               District Judge Gerald E. Rosen
                               Magistrate Judge R. Steven Whalen

WAYNE COUNTY JAIL, et al.,

         Defendants.
_____/


**ORDER CONSTRUING PLAINTIFF'S DECLARATION [Doc. #33] AS A
MOTION TO ENLARGE TIME, AND GRANTING SAME**

On May 22, 2006, Plaintiff filed a "Declaration" [Doc. #33], which details the

difficulty he has had in filing a response to the Defendants' Motion for Summary Judgment.

This Court previously granted Plaintiff an extension, ordering him to file a response by May

21, 2006.

A *pro se* litigants pleadings are to be given a liberal construction.  *See Martin v.*

*Overton*, 391 F.3d 710, 712 (6th Cir. 2004), citing *Haines v. Kerner*, 404 U.S. 519, 520-21,

92 S.Ct. 594, 30 L.Ed.2d 652 (1972); *Herron v. Harrison*, 203 F.3d 410, 414 (6th Cir. 2000)

(*pro se* pleadings are held to "an especially liberal standard"); Fed.R.Civ.P. 8(f) ("All

pleadings shall be so construed as to do substantial justice").  Therefore, I will construe

Plaintiff's Declaration as a motion to enlarge the time for filing a response to the Motion for

Summary Judgment, and grant a short enlargement.  Accordingly,

IT IS ORDERED that Plaintiff's Motion for Enlargement of Time [Doc. #33] is

GRANTED.

IT IS FURTHER ORDERED Plaintiff will file a response to the Defendants' Motion

for Summary Judgment [Doc. #21] on or before July 31, 2006.  The Response will include

opposing affidavits as required by Fed.R.Civ.P. 56(e) and this Court's original Order

Requiring Plaintiff to File a Response [Doc. #27, entered 3/22/06].


S/R.  Steven Whalen
R.  STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  July 7, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on July 7, 2006.


S/G. Wilson
Judicial Assistant