UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE ROBINSON,

                Plaintiff,                No. 05-CV-70751-DT

vs.                                            Hon. Gerald E. Rosen

WAYNE COUNTY JAIL, et al.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

                At a session of said Court, held in the
                U.S. Courthouse, Detroit, Michigan
                on      October 6, 2006

                PRESENT:  Honorable Gerald E. Rosen
                                 United States District Judge

        This matter having come before the Court on the September 5, 2006 Report and Recommendation of United States Magistrate Judge R. Steven Whalen recommending that the Court grant Defendants' Motion for summary judgment, and dismiss Plaintiff's Complaint in its entirety; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, summary judgment should be entered in favor of Defendants and this case should, accordingly, be dismissed in its entirety; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of September 5, 2006 be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment be, and hereby is, GRANTED. Plaintiff's Complaint is, accordingly, DISMISSED in its entirety with prejudice.

                                       s/Gerald E. Rosen
                                       Gerald E. Rosen
                                       United States District Judge

Dated: October 6, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 6, 2006, by electronic and/or ordinary mail.

                                       s/LaShawn R. Saulsberry
                                       Case Manager